TITUS B. ELDRIDGE, Respondent, *v.* THE NEW YORK AND BRIGHTON BEACH RAILWAY COMPANY, Appellant.

(Argued November 9, 1880 ; decided November 16, 1880.)

THIS was an appeal from an order of General Term, affirming an order of reference. It was decided on authority of *Welsh* v. *Darraugh* (52 N. Y. 590).

*John Sidney Davenport* for appellant.

*Titus B. Eldridge,* respondent in person.

*Per Curiam* opinion for dismissal of appeal.
All concur.
Appeal dismissed.